IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD STARSKI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CorePHP, LLC,<br><br>　　　　Defendant.<br>_____/ | No. C 11-03740 SI<br><br>**ORDER TO SHOW CAUSE AND ORDER REQUIRING FURTHER INFORMATION IN SUPPORT OF IFP APPLICATION** |

　　　　Currently before the Court is plaintiff's second application to proceed in forma pauperis (IFP) pursuant to 28 § U.S.C. 1915. Docket No. 6. Plaintiff's first application was denied without prejudice because did not sign the application. Defendant has appeared in order to oppose plaintiff's second application. Defendant contends that the second IFP application is defective and contains untrue, inaccurate and incorrect statements. Docket No. 10. Defendant has submitted evidence, in the form of declarations regarding postings allegedly made by plaintiff on various web sites about plaintiff's past employment, assets, income and activities. Even if the Court accepted that the postings identified by defendant were actually made by the plaintiff in this case – something which has not been demonstrated – those postings do not directly contradict the statements made by plaintiff in his IFP application regarding income in the past 12 months and his current financial situation. Nonetheless, defendant's opposition raises questions regarding plaintiff's assets which the Court believes should be addressed.

　　　　Therefore, the Court ORDERS plaintiff to show cause by filing a supplemental affidavit, signed under penalty of perjury, that identifies the address of the home he owns as well as any other property in which he has a financial interest. Plaintiff must also declare that he has listed *all* of his assets on his second IFP application and affirm that all of his statements made in that application (Docket No. 6) are

true and correct. Plaintiff must file this supplemental affidavit, or pay the $350 filing fee, on or before **December 14, 2011**. If plaintiff fails to file the supplemental affidavit or filing fee on or before this date, the Court will deny the request for IFP and the action will be dismissed without prejudice

**IT IS SO ORDERED.**

Dated: November 29, 2011

SUSAN ILLSTON
United States District Judge