**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STARSKI,

        Plaintiff,

  v.

COREPHP, LLC,

        Defendant.

No. C 11-03740 SI

**ORDER**

The Court has been advised by plaintiff that he has filed Chapter 13 Bankruptcy .

THEREFORE IT IS HEREBY ORDERED this case shall be stayed and statistically closed due to the pending bankruptcy proceeding.

Dated: 1/22/13

SUSAN ILLSTON
United States District Judge