**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSKI, | No. C 11-03740 SI |
| Plaintiff, | **ORDER** |
| v. | |
| COREPHP, LLC, | |
| Defendant. / | |

The Court has been advised by plaintiff that he has filed Chapter 13 Bankruptcy.

THEREFORE IT IS HEREBY ORDERED this case shall be stayed and statistically closed due to the pending bankruptcy proceeding.

Dated: 1/22/13

SUSAN ILLSTON
United States District Judge